

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Dallas District Office

207 S. Houston Street, 3rd Floor
Dallas, TX 75202-4726
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Dallas Direct Dial: (214) 253-2700
FAX: (214) 253-2720
Website: www.eeoc.gov

Dallas District Office
   San Antonio Field Office
   El Paso Area Office

**CHARGE NUMBER: 450-2017-03329**

Glenn W. Willis                                              **CHARGING PARTY**
1020 FM 275
Emory TX 75440

City of Emory                                                  **RESPONDENT**
399 North Texas Street
Emory, Texas 75440

## DETERMINATION

Under the authority vested in me by the Commission, I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

Respondent is an employer within the meaning of Title VII; timeliness and all other requirements for coverage have been met. Charging Party alleges that he was subjected to racial comments and racial harassment in the workplace by his immediate supervisor and co-workers. Charging Party complained about the harassment, and was terminated on June 26, 2017, in retaliation for his complaints. Respondent denies the allegations, and claims that Charging Party was terminated for leaving work without requesting time off.

During the investigation, the parties were afforded the opportunity to submit evidence in support of their respective positions. I have considered all the evidence disclosed during the investigation, including but not limited to that obtained from the parties. Based upon the evidence, I find that there is reasonable cause to believe that the Respondent discriminated against the Charging Party by subjecting him to racial comments and harassment. Respondent also failed to take prompt effective remedial measures in response to the Charging Party's complaints about the racial harassment. Further, I find that there is reasonable cause to believe that the Respondent terminated the Charging Party's employment in retaliation for his complaints about the racial comments and harassment. The evidence does not support the Respondent's claims that the Charging Party left work without requesting time off.

Page Two
Letter of Determination
EEOC Charge No. 450-2017-03329

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conference and conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The Commission will also consider compensatory and punitive damages under Title VII, as amended, and the Civil Rights Act of 1991.

If the Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the Office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to the Charging Party and the Commission.

You are reminded that Federal Law prohibits retaliation against persons who exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in the Commission's investigation is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

3/19/2018
Date

Belinda F. McCallister
District Director

cc: Philip D. Alexander
No 1 Planters Street
P.O. Box 38
Emory, Texas 75440